UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CAUSE NO. 4:21-CR-0588 |
| | § | |
| ANTHONY HUTCHINSON and | § | |
| BRIAN BUSBY | § | Judge Andrew S. Hanen |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE

The undersigned counsel, Mark White, III, an attorney in good standing with the U.S. District Court for the Southern District of Texas, files this Notice of Appearance as counsel for the Defendant Brian Busby. Mark White, III, is Of Counsel to DeGuerin & Dickson and joins Dick DeGuerin as co-counsel for the Defendant.

Respectfully submitted,

DeGUERIN & DICKSON

 /s/ *Mark White*
Mark White, III
Texas Bar No. 24008272
1018 Preston, 7th Floor
Houston, Texas 77002
Telephone     (713) 223-5959
Facsimile:     (713) 223-9231
MarkWhite@DeGuerin.com