UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA, §
§
VS. § CRIMINAL ACTION NO. 4:21-CR-588
§
ANTHONY HUTCHISON, *et al*, §
§
    Defendants. §

## NOTICE OF TELEPHONE HEARING

    The parties in this matter are hereby notified that a telephone hearing has been set on the Government's Motion to Amend Conditions of Release [Doc. No. 24]. The hearing is scheduled for Thursday, January 20, 2022, at 10:00 AM. Instructions for calling are as follows:

| | |
|---|---|
| Telephone Number: | 713-250-5817 |
| Conference ID: | 45817# |
| Conference Password: | 13579# |

**NOTE:** **ALL COUNSEL OF RECORD RECEIVING THIS NOTICE ARE ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE CONTENT OF THIS NOTICE.**

Date: January 18, 2022             Nathan Ochsner, Clerk of Court

                                                  By: R. Hawkins, Case Manager