UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| VS. | § CRIMINAL ACTION NO. 4:21-CR-588 |
| | § |
| ANTHONY HUTCHISON, *et al*, | § |
| | § |
| Defendants. | § |

## NOTICE OF RESETTING TELEPHONE HEARING

The parties in this matter are hereby notified that a conflict has arisen and the telephone hearing regarding the Government's Motion to Amend Conditions of Release [Doc. No. 24] has been reset for Wednesday, January 26, 2022 at 10:00 AM. Instructions for calling are as follows:

Telephone Number:   713-250-5817
Conference ID:      45817#
Conference Password: 13579#

**NOTE:** **ALL COUNSEL OF RECORD RECEIVING THIS NOTICE ARE ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE CONTENT OF THIS NOTICE.**

Date: January 18, 2022                     Nathan Ochsner, Clerk of Court

                                           By: R. Hawkins, Case Manager

1 / 1