PS 42

# United States District Court
## Southern District Of Texas

|  |  |  |
|---|---|---|
| **United States of America** | ) | |
|  | ) | |
| vs. | ) | |
|  | ) | |
| Brian Busby | ) | **Case No.**  4:21CR00588-2 |

## REQUEST TO MODIFY CONDITIONS OF RELEASE

On December 16, 2021, Brian Busby appeared before the Honorable Court for initial appearance. He was ordered released on a $100,000 unsecured bond with conditions of release, including travel restrictions. However, the Order Setting Conditions of Release issued on December 17, 2021 did not include the specific travel restrictions imposed by the Honorable Court at the initial appearance.

The defendant's current travel restriction per the Order Setting Conditions of Release is:
Abide by the following restrictions on personal association, place of abode, or travel:
Outside travel allowed with preapproval from PTS.

U.S. Probation respectfully recommends modification of the bond conditions to include:

8.i. The defendant's travel is restricted to the State of Texas. Outside travel allowed with preapproval from PTS.

☐ The above modification of conditions of release is ordered, to be effective on _____.
☐ The above modification of conditions of release is *not* ordered.

_____    _____
Andrew M. Edison, United States Magistrate Judge    Date

*Callie Derrick*                                    01/25/2022
Submitted by: Callie Derrick, U.S. Probation Officer    Date

*Elizabeth Martinez*                                01/25/2022
Elizabeth Martinez, Supervisory U.S. Probation Officer    Date