UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CAUSE NO. 4:21-CR-0588 |
| ANTHONY HUTCHINSON and BRIAN BUSBY | § § § | Judge Andrew S. Hanen |
| Defendants. | § § | UNDER SEAL |

## MOTION TO AMEND CONDITIONS OF RELEASE

The Defendant, through his undersigned counsel, Dick DeGuerin and Mark White, III, Agreed Motion to Amend Conditions of Release and would show the following:

I.

The Defendant is on bond with travel restrictions permitting him to travel outside Texas with the prior approval of his Pretrial Services officer. His children learned well after the fact that his travel was restricted in that way; and so, when they learned of the restriction, they disclosed to him that they previously bought him plane tickets to Puerto Rico for a surprise family get-away. When the Defendant asked his supervising Pretrial Services officer for approval to travel to Puerto Rico, he learned that the Court would have to approve this particular travel event since it was outside the continental United States.

II.

Therefore, the Defendant respectfully asks the Court to authorize the Defendant to travel to Puerto Rico from August 12-16, 2022. AUSA Rob Johnson is not opposed.

Respectfully submitted,

DeGUERIN & DICKSON

/s/ *Dick DeGuerin*
Dick DeGuerin
Texas Bar No. 05638000
1018 Preston, 7th Floor
Houston, Texas 77002
Telephone     (713) 223-5959
Facsimile:     (713) 223-9231
dick@deguerin.com

/s/ *Mark White*
Mark White, III
Texas Bar No. 24008272
1018 Preston, 7th Floor
Houston, Texas 77002
Telephone     (713) 223-5959
Facsimile:     (713) 223-9231
MarkWhite@DeGuerin.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed on the 14th day of July 2022, via the electronic case filing system of the Southern District of Texas, which sent a notice of filing to all interested parties.

/s/ *Mark White*
Mark White, III

## **CERTIFICATE OF CONFERENCE**

I certify that I communicated with AUSA Rob Johnson regarding the above agreed motion via email on July 13, 2022. He agreed to the relief requested therein.

                                                                /s/ Mark White
                                                                Mark White, III

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CAUSE NO. 4:21-CR-0588 |
| ANTHONY HUTCHINSON and BRIAN BUSBY | § § § | Judge Andrew S. Hanen |
| Defendants. | § § | UNDER SEAL |

## ORDER

The Court considered the Motion to Amend Conditions of Release and does hereby ORDER that the Defendant Brian Busby may travel to Puerto Rico as contemplated in the above motion.

Signed _____, 2022.

_____
HON. ANDREW HANEN
U.S. DISTRICT JUDGE