IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | |
| § | No. 4:21-cr-588 |
| ANTHONY HUTCHISON § | |
| and BRIAN BUSBY, § | |
| Defendants. § | |

### DEFENDANTS' JOINT UNOPPOSED MOTION FOR CONTINUANCE

Defendant Anthony Hutchison moves, jointly with Defendant Brian Busby, for an eight (8) month continuance of the motions deadline, pretrial conference, and trial, and respectfully shows as follows:

Mr. Hutchison was originally charged with bribery concerning programs receiving federal funds, wire fraud, and witness tampering. The indictment was superseded on April 7, 2022, and Mr. Hutchison was additionally charged with filing false tax returns.

Discovery in this case is extremely voluminous, amounting to around five (5) terabytes of data. The case involves allegations of conduct that occurred over a period of more than ten years. The case has been certified as complex. Undersigned defense counsel needs more time to review discovery, investigate the case, file pretrial motions, and to prepare for trial. Defendant Brian Busby joins in this motion.

Defendants respectfully submit that the best interests of justice served by granting this motion for continuance substantially outweigh Defendants' interest and the interest of the community in a speedy trial. Failure to grant a continuance would deprive defense counsel of sufficient time to prepare for trial.

The government is unopposed to this motion for continuance.

Respectfully submitted,

By: /s/ Russell Hardin, Jr.
Russell Hardin, Jr.
*Attorney-in-Charge*
Federal I.D. No. 19424
Texas State Bar No. 08972800

OF COUNSEL:
RUSTY HARDIN & ASSOCIATES, LLP
Letitia D. Quinones
State Bar No. 24008433
Federal I.D. No. 23722
John MacVane
Federal I.D. No. 2209776
State Bar No. 24085444
Aisha Dennis
Federal I.D. No. 3290460
State Bar No. 24128655
1401 McKinney Street, Suite 2250
Houston, Texas  77010
Telephone:  (713) 652-9000
Facsimile:  (713) 652-9800
Email:  rhardin@rustyhardin.com
Email:  letitia@quinonesandassociates.com
Email:  jmacvane@rustyhardin.com
Email:  adennis@rustyhardin.com

*Attorneys for Anthony Hutchison*

**CERTIFICATE OF CONFERENCE**

I certify that counsel for Defendant Anthony Huchison conferred with AUSA Robert Johnson, and determined that the United States is unopposed to this motion for continuance. In addition counsel for Defendant Brian Busby's join in this motion and requests that this continuance apply to his client as well.

*/s/ John MacVane*
John MacVane

**CERTIFICATE OF SERVICE**

I certify that February 3, 2023, a copy of the foregoing Joint, Unopposed Motion for Continuance was served by Notification of Electronic Filing to the parties of record.

*/s/ John MacVane*
John MacVane