United States District Court
Southern District of Texas
**ENTERED**
February 08, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § | |
| v. | | No. 4:21-cr-588 |
| ANTHONY HUTCHISON and BRIAN BUSBY, Defendants. | | |

## ORDER

The Court has considered the Motion for Continuance, wherein counsel for Defendants have represented that more time is needed to review discovery, negotiate potential resolutions, prepare pretrial motions, and prepare for trial, and that failure to grant a continuance would result in a miscarriage of justice. Based upon the representations made in the Motion for Continuance, the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public, as well as the Defendants, to a speedy trial. The Court also finds that pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B), failure to grant a continuance would result in the miscarriage of justice, and that a continuance is necessary to allow reasonable time for trial preparation.

The Motion for Continuance is therefore GRANTED. It is ORDERED that a period of excludable delay shall commence on, February 8 , 2023, pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B). The period of excludable delay shall end at commencement of trial or disposition of charges.

Pretrial motions shall be filed by November 17, 2023

Responses shall be filed by December 1, 2023.

1

A pretrial conference is set for January 16, 2024 at 8:30 am.

Trial in this case is set for January 22, 2024 at 9:00 am.

SIGNED at Houston, Texas, on the 8th day of Feb, 2023.

UNITED STATES DISTRICT JUDGE