United States District Court
Southern District of Texas
**ENTERED**
October 25, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS | § | CRIMINAL ACTION NO. 4:21-588 |
| | § | |
| ANTHONY HUTCHISON, *et al* | § | |

## AMENDED SCHEDULING ORDER

Pending before the Court is Defendants' Second Joint, Unopposed Motion for Continuance [Doc. No. 52]. The Court GRANTS the motion and enters the following amended schedule as to all Defendants:

MOTIONS will be filed no later than — **May 3, 2024**

RESPONSES will be filed no later than — **May 17, 2024**

PRETRIAL CONFERENCE will be held — **June 3, 2024**
    before Judge Andrew S. Hanen, Courtroom 9C at **8:30 AM**

JURY SELECTION and TRIAL is scheduled — **June 10, 2024**
    before Judge Andrew S. Hanen, Courtroom 9C at **9:00 AM**

**DEFENDANT'S PRESENCE IS REQUIRED AT ALL SETTINGS**

SIGNED this __25th__ day of October 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE