IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:21-CR-588 |
| | § | |
| ANTHONY HUTCHISON | § | |
| AND BRIAN BUSBY | § | |

## NOTICE OF WITHDRAWAL OF ATTORNEY FOR DEFENDANT ANTHONY HUTCHISON

Please take notice that Armstead C. Lewis no longer works at the firm of Rusty Hardin & Associates L.L.P. and should not be listed as an attorney of record in this case for Defendant Anthony Hutchison. Please withdraw Mr. Lewis's appearance and update the service list accordingly. All other counsel of record for Mr. Hutchison remains the same.

Dated: November 30, 2023

Respectfully submitted,

By: */s/ Rusty Hardin*
Russell Hardin, Jr.
*Attorney-in-Charge*
Texas State Bar No. 08972800
Federal I.D. No. 19424

OF COUNSEL:
RUSTY HARDIN & ASSOCIATES, LLP
Letitia D. Quinones
State Bar No. 24008433
Federal I.D. No. 23722
Jennifer Brevorka
Federal I.D. No. 24082727
State Bar No. No. 1725400
Aisha Dennis
State Bar No. 24128655
Federal I.D. No. 3290460

1

1401 McKinney Street, Suite 2250
Houston, Texas  77010
Telephone: (713) 652-9000
Facsimile: (713) 652-9800
Email: rhardin@rustyhardin.com
Email: letitia@quinonesandassociates.com
Email: jbrevorka@rustyhardin.com
Email: adennis@rustyhardin.com

*Attorneys for Anthony Hutchison*

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2023 a true and correct copy of the above pleading filed via the CM/ECF system which served the document on all counsel of record.

/s/ *Armstead Lewis*
Armstead C. Lewis