# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

UNITED STATES OF AMERICA

v.  Case Number: 4:21−cr−00588

Anthony Hutchison
Brian Busby

## NOTICE OF RESETTING

**A proceeding has been set in this case as to Anthony Hutchison, Brian Busby as set forth below.**

**Before the Honorable Andrew S Hanen**

**PLACE:**
Courtroom 9D
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 6/7/2024

**TIME:** 11:30 AM

**TYPE OF PROCEEDING:** Status Conference

Date: May 21, 2024                                                                                       Nathan Ochsner, Clerk