Case 4:21-cr-00588   Document 89   Filed on 12/17/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 17, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS | § § § | CRIMINAL ACTION NO. 4:21-588 |
| ANTHONY HUTCHISON, et al | § | |

**AMENDED SCHEDULING ORDER**

At the status conference held on November 19, 2024, the Court and parties discussed preferentially setting the trial in this case. Therefore, the Court hereby amends the schedule as follows as all Defendants:

**PRETRIAL CONFERENCE** will be held                                              **March 19, 2025**
before Judge Andrew S. Hanen, Courtroom 9C at **8:30 AM**

**JURY SELECTION** and **TRIAL** is scheduled                                    **March 24, 2025**
before Judge Andrew S. Hanen, Courtroom 9C at **9:00 AM**

**DEFENDANT'S PRESENCE IS REQUIRED AT ALL SETTINGS**

SIGNED this 17th day of December 2024.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE