IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS | § | CRIMINAL ACTION NO. 4:21-588 |
| | § | |
| ANTHONY HUTCHISON | § | |
| BRIAN BUSBY | § | |

## RECEIPT FOR WITHDRAWAL OF EXHIBITS

All exhibits offered and admitted during the jury trial of the above captioned case have been returned to the respective parties at the conclusion of the trial.

Date: 4/18/2025

_____
Counsel for Busby