United States District Court
Southern District of Texas
**ENTERED**
May 01, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CAUSE NO. 4:21-CR-0588 |
| | § | |
| ANTHONY HUTCHINSON and | § | |
| BRIAN BUSBY | § | Judge Andrew S. Hanen |
| | § | |
| Defendants. | § | |

## ORDER

The Court considered the Defendant, Brian Busby's, Motion for Leave to Proceed *In Forma Pauperis* to Obtain a Trial Transcript and believes that it should be granted. Accordingly, it is HEREBY:

ORDERED that the Defendant be entitled to receive a copy of the trial transcript free of charge.

Signed on the 1st of May 2025.

_____
HON. ANDREW S. HANEN
U.S. DISTRICT JUDGE

5